**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AGUIRRE, JESSICA AGUIRRE<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 5:25-cv-01213-FWS-SHK<br><br>**JUDGMENT** |

In this case, Plaintiff Victor Aguirre and Plaintiff Jessica Aguirre (together, "Plaintiffs") bring two claims under the Song-Beverly Act, (Cal. Civ. Code §§ 1790-1795.5), against Defendant Ford Motor Company ("Ford") arising out of an allegedly defective car that Plaintiffs purchased from Ford. (*See generally* Dkt. 1-1 ("Complaint" or "Compl.").) This matter came before the court on Ford's Motion for Summary Judgment. (Dkt. 21.) On December 16, 2025, the court granted Ford's Motion for Summary Judgment.

///

///

In accordance with the Order granting Ford's Motion for Summary Judgment, the court **ENTERS JUDGMENT** in this case in favor of Ford and against Plaintiffs. Plaintiffs shall take nothing on their claims against Ford in this case.

**IT IS SO ORDERED.**

Dated: December 16, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE